UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>Plaintiff,<br><br>v.<br><br>A. VALENCIA, et al.,<br><br>Defendants. | No. 2:19-cv-00965-KJM-CKD<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Currently pending before the court is plaintiff's motion to reschedule the settlement conference in order to expedite his requested mental health treatment at the Department of State Hospitals. ECF No. 25. However, due to scheduling conflicts, the court is unable to advance the settlement conference set for January 29, 2020 at 10:00 a.m. before Magistrate Judge Barnes.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to reschedule the settlement conference (ECF No. 25) is denied.
2. All previously issued orders remain in effect and this case remains stayed pending further order of the court.

/////

/////

1

Dated: November 13, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/spri0965.settlementdate.docx