UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>Plaintiff,<br><br>v.<br><br>A. VALENCIA, et al.,<br><br>Defendants. | No. 2:19-cv-0965 KJM CKD P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 26, 2019, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis. While the court denies plaintiff's request for a preliminary injunction, it has provided copies of plaintiff's objections and the two declarations supporting the objections to the Special Master in the case of

1

*Coleman v. Newsom*, No. 2:90-cv-0520 KJM DB P (E.D.Cal.), for his handling as he determines appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 26, 2019, are adopted in full;

2. Plaintiff's motion for a preliminary injunction (ECF No. 11) is denied;

3. Based on plaintiff's election to proceed on the cognizable claims screened by the court, defendant N. Counture is dismissed without prejudice; and

4. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: November 19, 2019.

_____
UNITED STATES DISTRICT JUDGE