1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CIRON B. SPRINGFIELD,                    No.  2:19-cv-00965-KJM-CKD

12                      Plaintiff,

13          v.                                 ORDER

14    A. VALENCIA, et al.,

15                      Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19    by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On July 17, 2020, the magistrate judge filed findings and recommendations, which were

21    served on all parties and which contained notice to all parties that any objections to the findings

22    and recommendations were to be filed within fourteen days.  Neither party has filed objections to

23    the findings and recommendations.

24          The court presumes that any findings of fact are correct.  *See Orand v. United States*,

25    602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

26    de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

27    by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

28    .////

                                              1

. . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed July 17, 2020, are adopted in full; and

2.  Plaintiff's motion to reopen pursuant to Rule 60(b) (ECF No. 32) is denied.

DATED:  October 15, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE