UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>A. VALENCIA, et al.,<br><br>    Defendants. | No.  2:19-cv00965-KJM-CKD P<br><br><br>ORDER |

Plaintiff is a state inmate proceeding pro se and in forma pauperis in this civil action that was filed pursuant to 42 U.S.C. § 1983.  Although this case was closed on October 16, 2020, plaintiff filed correspondence with the court on February 1, 2021 indicating that he is actively suicidal.  In light of the urgency of the information, the court will construe this filing as a motion for immediate injunctive relief and require a response from the Deputy Attorney General.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's declaration (ECF No. 42) is construed as a motion for immediate injunctive relief.

2. So construed, the Deputy Attorney General shall file a response to the motion within 72 hours from the date of this order.

3. The Clerk of Court is directed to serve a copy of this order and plaintiff's correspondence on Monica Anderson, Supervising Deputy Attorney General.

4. An additional copy of this order shall be served via facsimile transmission to the immediate attention of Dawn Santos, Litigation Coordinator at Mule Creek State

1

Prison at (209) 274-5018.

5. The Clerk of Court shall send plaintiff a form for filing a § 1983 complaint. If plaintiff chooses to file a complaint concerning the allegations in his letter, a copy of this order shall be retroactively filed in the new civil case.

Dated: February 2, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/spri0965.newcomplaint.emergency.docx